UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 03-14040-CIV-COHN

SCOTT FINESTONE and REBECCA FINESTONE, individually, and as parents and friends of ZACHARY FINESTONE

   Plaintiffs,

vs.

FLORIDA POWER & LIGHT COMPANY,

   Defendant.
_____/

**CLOSED CIVIL CASE**

FILED by _____ D.C.
JAN 0 9 2006
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD

## FINAL JUDGMENT

THIS CAUSE is before the Court upon the separately entered order granting the Defendant's Motion for Final Summary Judgment. Accordingly it is **ORDERED AND ADJUDGED** as follows:

1. Judgment is hereby entered on behalf of Defendant Florida Power & Light Company, and against the Plaintiffs, Scott Finestone and Rebecca Finestone, individually, and as parents and friends of Zachary Finestone, and Plaintiffs shall take nothing from Defendant in this action;

2. Any remaining pending motions are hereby **DENIED as moot**;

3. The Clerk may close this case.

   **DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 9th day of January, 2006.

   _____
   JAMES I. COHN
   United States District Judge

copies to:
Nancy La Vista, Esq.
Robert J. McKee, Esq.
Stuart Smith, Esq.
Alvin B. Davis, Esq./Patrick O'Connor, Esq.
Donald E. Jose, Esq./Kristen Komer, Esq.
Ralph Johnson, Esq.